

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00538-CV

In the Interest of A.G.P., a Child

On Appeal from the
267th District Court of De Witt County, Texas
Trial Cause No. 11-09-22,085

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes the appeal should be dismissed.  The Court orders the appeal

DISMISSED in accordance with its opinion.  Costs of the appeal are adjudged against

appellant.

We further order this decision certified below for observance.

November 13, 2014